| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: John O'Brien<br>Special Agent: Mandy Wilson | Telephone: (313) 226-9100<br>Telephone: (313) 999-2887 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Terry Lamar Scott Jr.

Case: 2:22-mj-30168
Assigned To : Unassigned
Assign. Date : 4/6/2022
USA v. SCOTT (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute controlled substances. |
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute and to distribute controlled substances. |
| 18 U.S.C. § 924(c) | Possession of firearms in furtherance of drug trafficking crimes |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Mandy Wilson, DEA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 4/6/2022

_____
Judge's signature

City and state: Detroit MI

Hon. Kimberly G. Altman, US Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Mandy Wilson, a Special Agent (SA) with the Drug Enforcement Administration (DEA), being duly sworn, depose and states as follows:

## I. INTRODUCTION

1. I have been employed as a Special Agent with DEA for 18 years and assigned to the Detroit Field Office. During your affiant's occupation as a Special Agent, your affiant has conducted and participated in hundreds of investigations into illicit trafficking, manufacturing and distribution of controlled substances. Your affiant's participation in same investigations resulted in the arrests and search and seizures related to federal narcotics trafficking, drug conspiracy and other drug related violations of federal narcotic laws.

2. I have attended schools and/or received significant training and been instructed in many aspects of narcotics investigations. I am familiar with the laws promulgated under Title 21 of the United States Code.

3. This affidavit contains information from numerous

sources including, but not limited to, my own personal participation in this investigation and my review and analysis of oral and written reports. This affidavit does not contain all the information known to law enforcement related to this investigation. This affidavit establishes probable cause that Terry Lamar SCOTT Jr. violated the following: 21 U.S.C. § 841, possession with intent to distribute controlled substances, 21 U.S.C. § 846 conspiracy to possess with intent to distribute and to distribute controlled substances; and 18 U.S.C. § 924(c), possession of firearms in furtherance of drug trafficking crimes.

## II. SUMMARY OF THE INVESTIGATION

4. In January of 2022, Detectives of Oakland County Sheriff's Office Narcotics Enforcement Team (N.E.T.) received information regarding the drug trafficking activities of Terry Lamar SCOTT Jr., (hereafter: SCOTT) a Detroit resident; distributing various quantities of heroin throughout the Metropolitan Detroit area. In a joint investigation with DEA Detroit, the same information was shared with affiant.

5. In the 30 days prior to April 4, 2022, the Oakland County Narcotics Enforcement Team conducted controlled purchases of heroin from SCOTT. Further analysis of the substances purchased revealed they in fact contained fentanyl.

6. Through the course of investigation, on April 4, 2022, Oakland County NET received authorization from the Honorable District Court Judge, Todd A. Fox, 51st District, to conduct a State Search Warrant at XXXX5 Spencer Avenue, Detroit, Michigan; which had been identified as SCOTT's residence. At the time of the execution of the search warrant, SCOTT was located in the kitchen of the residence and secured without incident. SCOTT's girlfriend, Jasmine MENEFIELD was also found in the residence.

7. During the search of the residence and vehicles, law enforcement officers located and seized the following items of evidentiary value: (weights listed are approximate):

    a. 452.9 grams of suspected methamphetamine. The substance was field tested utilizing "Mobile Detect" as well as Narc II testers and returned a positive result

-3-

for methamphetamine.

b. 59.5 grams of suspected fentanyl (various locations) to include SCOTT's and vehicle. All drug exhibits were field tested using "Mobile Detect," resulting positive results for fentanyl.

c. 24.4 grams of suspected cocaine (powder/chunk and crack-rock forms), (various locations). Narc Cocaine ID Swipe/Sirchie field test was utilized, yielding positive results for cocaine.

d. Assault Rifle (AR) style, Diamond Back Firearms, semi-automatic pistol; 5.56 caliber, Model: D815, SN: DB2005675.

e. Springfield Armory, .45 caliber semi-automatic handgun, Model: XDS-45 ACD, SN: BY339619 equipped with one magazine containing six (6) ammunition rounds.

f. Glock semi-automatic handgun, .357 caliber, Model: 33 Gen 4, SN: BPMF569; equipped with a Viridian laser

    and loaded magazine containing ten (10) ammunition rounds.

  g. Springfield Armory, 9mm, semi-automatic handgun, 9x19 Hellcat, SN: BY346877; equipped with one magazine containing twelve (12) ammunition rounds.

8. The firearms were found in SCOTT's bedroom and MENEFIELD's purse. MENEFIELD stated that the weapons are registered to her, however, she could not articulate specific details of each firearm. Additionally, the firearms were unsecured and readily available to both occupants of the house.

9. Based upon my training and experience, the controlled drug purchases, the nature, volume, and packaging of the seized controlled substances and related paraphernalia seized at the time of the search of SCOTTs residence are all indicative of controlled substances that were intended for further distribution.

## III CONCLUSION

Based upon the foregoing, probable cause exists that Terry Lamar SCOTT Jr. possessed with intent to distribute controlled substances, within the Eastern District of Michigan, in violation of 21 U.S.C. §841, did conspire with others to possess with the intent to distribute controlled substances in violation of 21 U.S.C. §846 and did possess firearms in furtherance of drug trafficking crimes in violation of 18 U.S.C. §924(c).

_____
Special Agent Mandy Wilson
Drug Enforcement Administration

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge